FILED
 2012 Mar-21 PM 01:52
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LAKE CYRUS DEVELOPMENT COMPANY, INC.; CHARLES GIVIANPOUR; PRIME REALTY, INC.; SOUTH GRANDE VIEW DEVELOPMENT CO., INC.; SITEWORKS, LLC,** | )  Case Number  2:10-cv-1318-SLB |
| | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge filed a Report and Recommendation, (doc. 19),[1] recommending that the plaintiff's Motion for Summary Judgment be granted.  Defendants filed Objections to the Report and Recommendation.  (Doc. 21.)  The court has carefully reviewed the Report and Recommendation, Defendants' Objections, Plaintiff's Response to Defendants' Objections, (doc. 22), the record in this case, and the relevant law.  In its thorough and well-reasoned Response, Plaintiff addresses each of Defendants' Objections to the Magistrate Judge's Report and Recommendation.  The court agrees with the reasoning and arguments set forth in Plaintiff's Response.

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

Therefore, the court concludes that Defendants' Objections are due to be overruled, the Magistrate Judge's Report and Recommendation is due to be adopted and accepted. The court expressly finds that there are no genuine issues of material fact and the plaintiff is entitled to judgment as a matter of law. Accordingly, plaintiff's Motion for Summary Judgment is due to be granted and this action is due to be dismissed.

An Order granting Plaintiff's Motion for Summary Judgment will be entered contemporaneously with this Opinion.

**DONE**, this 21st day of March, 2012.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE